IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| OARGARETTE EVANS, | : | |
| Plaintiff, | : | |
| vs. | : | CA 09-445-C |
| WEISER SECURITY SERVICES, INC., *et al.* | : | |
| Defendants. | : | |

## **JUDGMENT**

This matter was tried by a jury with United States Magistrate Judge William E. Cassady presiding from October 4 through October 7, 2011; the jury deliberated on October 7 and October 11, 2011, and rendered its verdict by special interrogatories (Doc. 131) (the "verdict") on October 11, 2011.  The jury was polled by the Court at the request of defendant Weiser Security Services, Inc. ("Weiser"), and there was no question that the verdict was returned as a unified response of the jury.  Therefore, in accordance with the verdict, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of the plaintiff, Oargarette Evans, and against defendant Weiser on the plaintiff's claims of (1) sex discrimination—workplace harassment, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"); (2) sex discrimination—demotion, in violation of Title VII; (3) retaliation, in violation of Title VII; and (4) negligent supervision, training, and retention, in violation of the law of the State of Alabama.  Further, consistent with the verdict, the plaintiff shall recover from defendant Weiser the amount of $70,000.00, with interest thereon in accordance with 28 U.S.C. § 1961, along with costs.

**DONE** this the 12th day of October, 2011.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**